UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROY SULLIVAN

VERSUS

STUPP CORPORATION

CIVIL ACTION

NO. 13-731-SDD-RLB

### RULING AND ORDER OF DISMISSAL

The Court, after carefully considering the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated June 6, 2014, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein. Accordingly,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's *Complaint* is dismissed without prejudice, pursuant to Local Rule 41.2, for failure to prosecute.

Baton Rouge, Louisiana the 27 day of June, 2014.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 9.